IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 APR 22 AM 9:18

CLERK, U.S. DIST. CT.
W. D. OF TN, MEMPHIS

VINCENT D. GLOVER,

    Plaintiff,

vs.                                                        No. 04-2913-Ma V

MEMPHIS & SHELBY COUNTY
HEALTH DEPARTMENT,

    Defendant.

## ORDER OF DISMISSAL

It appearing to the Court that Vincent Glover and Eugene Gaerig, attorney for Defendant, have announced to the Court that Plaintiff wishes to dismiss his lawsuit against Memphis and Shelby County Health Department.

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED, that the lawsuit filed by Vincent Glover against Memphis and Shelby County Health Department is dismissed at Plaintiff's cost.

_____
Judge Samuel H. Mays, Jr.

Date: April 21, 2005

Approved:

_Vincent Glover w/permission 4.19.05 SCA_
Vincent Glover, Plaintiff

_____
Eugene C. Gaerig, Attorney for
Memphis & Shelby County Health Dept.

This document entered on the docket sheet In compliance
with Rule 58 and/or 79(a) FRCP on 4-25-05

11

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 2:04-CV-02913 was distributed by fax, mail, or direct printing on April 25, 2005 to the parties listed.

---

Vincent D. Glover
3211 Velmagi Street
Memphis, TN 38128

Eugene C. Gaerig
LAW OFFICES OF EUGENE C. GAERIG
100 N. Main Street
Ste. 3118
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT